UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK NICHOLSON,

    Plaintiff,

  v.

NAPA COUNTY,

    Defendant.

Case No. 17-cv-00596-HSG (PR)

**ORDER OF DISMISSAL**

On February 6, 2017, Plaintiff, proceeding *pro se*, filed the instant civil rights action, pursuant to 42 U.S.C. § 1983. The same day, the Clerk notified Plaintiff that he had not paid the filing fee, nor had he filed a completed application to proceed in forma pauperis ("IFP"). The Clerk also notified Plaintiff that he had failed to sign his complaint. Along with the deficiency notices, Plaintiff was provided with a new IFP application, and instructions for completing it. Plaintiff was further cautioned that his failure to either file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. In addition, Plaintiff was advised that his failure to submit a signed complaint within twenty-eight days would result in the dismissal of this action. To date, Plaintiff has not paid the filing fee, filed a completed IFP application, or filed a signed complaint.

Accordingly, the instant case is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  3/31/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge