UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK NICHOLSON,<br><br>            Plaintiff,<br><br>    v.<br><br>NAPA COUNTY,<br><br>            Defendant. | Case No. 17-cv-00596-HSG (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant case.  A judgment of dismissal without prejudice is entered.  The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/31/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge